Corporation, respondents in No. 502. *Mr. Wm. D. Saltiel* for petitioner in No. 577. *Mr. Whitney North Seymour* for Atlas Corporation, respondent in No. 577. Reported below: 106 F. 2d 22.

No. 551. ATLANTIC REFINING CO. *v.* JAMES B. BERRY SONS' CO. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Messrs. Theodore S. Kenyon* and *Edgar F. Baumgartner* for petitioner. *Messrs. Thomas G. Haight* and *William F. Hall* for respondent.

No. 546. SCHOLARSHIP ENDOWMENT FOUNDATION. *v.* NICHOLAS, COLLECTOR OF INTERNAL REVENUE. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wilbur F. Denious* and *Hudson Moore* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *S. Dee Hanson* for respondent.

No. 547. STEINBRECHER, TRUSTEE, *v.* TOMAN, COUNTY TREASURER AND COUNTY COLLECTOR OF COOK COUNTY, ILLINOIS. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Dwight S. Bobb* and *Charles S. Macaulay* for petitioner. *Messrs. Jacob Shamberg* and *Francis S. Clamitz* for respondent.

No. 548. NEUBERGER *v.* COMMISSIONER OF INTERNAL REVENUE. January 2, 1940. Petition for writ of certio-